# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-04880-SVW (SK) | Date | October 18, 2019 |
|---|---|---|---|
| Title | Emanuel L. Boone v. Warden | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE: OPPOSITION TO MOTION TO DISMISS**

On June 4, 2019, Petitioner filed a petition under 28 U.S.C. § 2254, challenging his 2016 conviction and sentence for assault with a deadly weapon. (ECF 1). On August 30, 2019, Respondent moved to dismiss the Petition because it included an unexhausted claim. (ECF 12). Petitioner's opposition was due September 30, 2019 (ECF 9 at 2), but none has been filed as of today.

Failure to oppose a motion to dismiss may be deemed consent to the granting of the motion. *See* L.R. 7-12. And the failure to oppose the motion to dismiss may be construed as a failure to prosecute and obey court orders. *See* Fed. R. Civ. P 41(b); L.R. 41-1.

THEREFORE, Petitioner is **ORDERED TO SHOW CAUSE** on or before **November 18, 2019** why the Court should not dismiss the Petition for failure to file the required opposition, for failure to exhaust state court remedies, and for lack of prosecution. **Petitioner may discharge this order by filing an opposition to the motion to dismiss by no later than November 18, 2019.** Alternatively, if Petitioner no longer wishes to pursue this action, he may file a notice of voluntary dismissal using the attached Notice of Voluntary Dismissal Form (CV-09).

**If Petitioner does not file a timely response to this Order to Show Cause, the Court may recommend involuntary or summary dismissal of this action.**